**SO ORDERED.**

**Dated: February 2, 2022**



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| LEIF MICHAEL ANDERSEN; | ) | Case No. 2:21-BK-06102-MCW |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION TO COMPEL COMPLIANCE
WITH 11 U.S.C. §521**

The trustee having filed a Motion To Compel Compliance With 11 U.S.C. §521 And Notice Of Bar Date (Admin. Dkt. No. 38); and

Good cause appearing.

**IT IS ORDERED** that the debtor shall provide to the trustee the information and turn over the funds as requested in paragraphs 3, 4 and 5 of the attached Exhibit 1 not later than 10 days after the date of this order.

**DATED AND SIGNED ABOVE.**



# *EXHIBIT 1*



| From: | Terry Dake |
|---|---|
| To: | "anthonyrmontoya@gmail.com" |
| Subject: | Leif Andersen |
| Date: | Thursday, November 11, 2021 10:30:00 AM |
| Attachments: | ABT 1528.pdf |
| | ABT 1948.pdf |
| | ABT 7360.pdf |

Mr. MacKenzie has asked me to assist him with this case.  We need the following:

1.  Please provide the lease for the Florida house, the contact info for the tenants (names, phone #s, email) and copies of the last 3 rent payments.  All rent received after August 6 needs to be turned over to the trustee.

2.  Provide the most recent statement from Proserve MPP (the first lien on the Florida house) showing the balance due on that loan.

3.  Attached are pages from ABT acct. #1528.  Please provide documents reflecting the sources and uses of the funds for the circled transactions.

4.  Attached are pages from ABT acct. #1948.  There are funds transferred into that account from an account that does not appear on the schedules. Whose account is that and why is money coming to the debtors from that account?   Please provide documents showing whose account that is.

5.  Attached is a page from ABT acct. #7360.  The balance in that account on the petition date was $102.62. The balance in ABT 1948 was $2,213.78 (also attached).  The balance in ABT 1528  (also attached) was $1,057.39.  Altogether, that totals $3,373.79.  Since the exemption is just $600, the excess funds totaling $2,773.79 need to be turned over to the trustee.   Please have a check sent directly to the trustee.

Please email this information to me and I will go over it with the trustee. Thx.


Terry  A.  Dake
Terry A. Dake, Ltd.
P.O. Box 26945
Phoenix, AZ 85068-6945
Phone: 602-710-1005
tdake@cox.net



1301 Central Avenue | Dubuque, IA 52001

**ADDRESS SERVICE REQUESTED**

MICHAEL ANDERSEN
OR MELISSA ANN ANDERSEN
5225 N 24TH ST APT 101
PHOENIX AZ 85016-3523

## Statement Ending 07/12/2021
Page 1 of 8

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | | Arizona Bank & Trust |
| 👤 | Customer Care Center: | 877-280-1857 |
| ✉ | Mailing: | 2036 E. Camelback Road Phoenix, AZ 85016 |
| 💻 | Website: | www.ArizBank.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE CHECKING W/ ESTATEMENT | XXXXXX1528 | $386.39 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX1528

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/14/2021 | Beginning Balance | $3,223.72 |
| | 3 Credit(s) This Period | $7,223.45 |
| | 95 Debit(s) This Period | $10,060.78 |
| 07/12/2021 | Ending Balance | $386.39 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/14/2021 | DEPOSIT | $3,000.00 |
| | | 1 item(s) totaling $3,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/15/2021 | LEAVITT INSURANC DIRECT DEP ANDERSEN,LEIF MICHAE 555077872022S4G | $2,111.73 |
| 06/30/2021 | LEAVITT INSURANC DIRECT DEP ANDERSEN,LEIF MICHAE 933418946653S4G | $2,111.72 |
| | | 2 item(s) totaling $4,223.45 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/14/2021 | ATM W/D ARIZONA BA 2036 E CAMELBACK RO PHOENIX AZ  #1562 | $300.00 |
| 06/14/2021 | DDA PUR LAZ PARKIN LAZ PARKING 340127- PHOENIX AZ  #1562 | $15.00 |
| 06/14/2021 | DDA PUR DOORDASH* R DOORDASH*ROLBERTOS WWW.DOORDASH. CA  #1562 | $21.84 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX1528 (continued)

**Other Debits (continued)**

| Date | Description | Amount |
|---|---|---|
| 06/14/2021 | DDA PUR 4COMERICA<br>4COMERICA THTR11900<br>PHOENIX AZ  #1562 | $201.14 |
| 06/14/2021 | DDA PUR AQUA PLUMB<br>AQUA PLUMBING & AIR<br>AQUAPLUMBINGS FL  #1562 | $327.39 |
| 06/14/2021 | DDA PUR SHELL SERV<br>SHELL SERVICE STATI<br>PHOENIX AZ  #1562 | $40.99 |
| 06/14/2021 | DDA PUR BRENDAS IN<br>BRENDAS INFERNO<br>602-2870700 AZ  #1562 | $52.50 |
| 06/14/2021 | DDA PUR DOORDASH* E<br>DOORDASH*EINSTEIN B<br>WWW.DOORDASH. CA  #1562 | $27.58 |
| 06/14/2021 | CHECKING WITHDRAWAL | $3,000.00 |
| 06/15/2021 | DDA PUR CIRCLE K 0<br>1001 N 16TH ST<br>PHOENIX AZ  #1562 | $20.61 |
| 06/15/2021 | DDA PUR CHIPOTLE 0<br>CHIPOTLE 0543<br>PHOENIX AZ  #1562 | $22.81 |
| 06/15/2021 | DDA PUR EMPIRE DIS<br>EMPIRE DISCOUNT LIQ<br>PHOENIX AZ  #1562 | $52.44 |
| 06/15/2021 | DDA PUR CIRCLE K 0<br>602 N 1ST AVE<br>PHOENIX AZ  #1562 | $55.66 |
| 06/15/2021 | DDA PUR THE HENRY<br>THE HENRY PHOENIX<br>PHOENIX AZ  #1562 | $70.41 |
| 06/15/2021 | VERIZON WIRELESS PAYMENTS<br>0000000027366697400001<br>027366697400001 | $126.28 |
| 06/16/2021 | DDA PUR UBER EAT<br>UBER  EATS<br>HELP.UBER.COM CA  #1562 | $63.28 |
| 06/16/2021 | DDA PUR TWO HIPPIE<br>TWO HIPPIES BEACH H<br>PHOENIX AZ  #1562 | $7.82 |
| 06/16/2021 | DDA PUR Amazon Mus<br>Amazon Music*2X65K5<br>888-802-3080 WA  #1562 | $8.68 |
| 06/16/2021 | DDA PUR CIRCLE K 0<br>CIRCLE K 02872<br>PHOENIX AZ  #1562 | $21.67 |
| 06/17/2021 | DDA PUR UBER EAT<br>UBER  EATS<br>HELP.UBER.COM CA  #1562 | $32.34 |
| 06/17/2021 | DDA PUR CIRCLE K #<br>975 N. 7TH STREET<br>PHOENIX AZ  #1562 | $3.99 |
| 06/17/2021 | DDA PUR PARKING -<br>PARKING - EMERSON<br>TEMPE AZ  #1562 | $4.00 |
| 06/17/2021 | DDA PUR Li<br>315 Montgomery Stre<br>San Francis CA  #1562 | $65.15 |
| 06/17/2021 | DDA PUR APPLE.COM/<br>APPLE.COM/BILL<br>408-974-1010 CA  #1562 | $3.25 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX1528 (continued)

**Other Debits (continued)**

| Date | Description | Amount |
|---|---|---|
| 07/02/2021 | DDA PUR IKE'S L&S<br>IKE'S L&S (PHOENIX)<br>PHOENIX AZ  #1562 | $14.69 |
| 07/02/2021 | DDA PUR PRIDE CLEA<br>PRIDE CLEANERS<br>Phoenix AZ  #1562 | $76.35 |
| 07/02/2021 | DDA PUR CULINARY D<br>CULINARY DROPOUT WA<br>SCOTTSDALE AZ  #1562 | $187.20 |
| 07/02/2021 | DDA PUR THE HENRY<br>THE HENRY PHOENIX<br>PHOENIX AZ  #1562 | $22.70 |
| 07/02/2021 | DDA PUR SHELL SERV<br>SHELL SERVICE STATI<br>PHOENIX AZ  #1562 | $23.34 |
| 07/02/2021 | DDA PUR SHELL SERV<br>SHELL SERVICE STATI<br>PHOENIX AZ  #1562 | $46.31 |
| 07/02/2021 | DDA PUR CHEVRON/SW<br>CHEVRON/SWIFT TR<br>FLAGSTAFF AZ  #1562 | $10.91 |
| 07/02/2021 | VENMO PAYMENT<br>MICHAEL ANDERSEN<br>1014483119028 | $1,800.00 |
| 07/06/2021 | DDA PUR SAFEWAY #2<br>SAFEWAY #2028<br>FLAGSTAFF AZ  #1562 | $146.23 |
| 07/06/2021 | DDA PUR FSP* MOUNTA<br>FSP*MOUNTAIN SPO 24<br>FLAGSTAFF AZ  #1562 | $38.21 |
| 07/06/2021 | DDA PUR CHICK-FIL-<br>CHICK-FIL-A #03191<br>PHOENIX AZ  #1562 | $37.41 |
| 07/06/2021 | DDA PUR AMERICAN V<br>AMERICAN VALET NBAZ<br>FLAGSTAFF AZ  #1562 | $6.00 |
| 07/06/2021 | DDA PUR CHEVRON/SW<br>CHEVRON/SWIFT TR<br>FLAGSTAFF AZ  #1562 | $10.91 |
| 07/06/2021 | DDA PUR BLACK HOUN<br>BLACK HOUND GALLERI<br>FLAGSTAFF AZ  #1562 | $78.39 |
| 07/06/2021 | DDA PUR MATTY GS<br>MATTY GS<br>928-4403389 AZ  #1562 | $80.97 |
| 07/06/2021 | DDA PUR CHEVRON 03<br>CHEVRON 0382088<br>FLAGSTAFF AZ  #1562 | $53.20 |
| 07/06/2021 | DDA PUR SHELL SERV<br>SHELL SERVICE STATI<br>CAMP VERDE AZ  #1562 | $10.98 |
| 07/06/2021 | DDA PUR JACKSONS C<br>JACKSONS CARWASH 81<br>480-505-5900 AZ  #1562 | $15.00 |
| 07/06/2021 | DDA PUR JACKSONS C<br>JACKSONS CARWASH 81<br>480-505-5900 AZ  #1562 | $30.00 |
| 07/06/2021 | DDA PUR DOORDASH D<br>DOORDASH DASHPASS<br>WWW.DOORDASH. CA  #1562 | $9.99 |

# FREE CHECKING W/ ESTATEMENT-XXXXXX1528 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| | THE MISSION RESTAUR<br>SCOTTSDALE AZ #1562 | $28.77 |
| 07/30/2021 | DDA PUR DOORDASH* F<br>DOORDASH*FILIBERTOS<br>WWW.DOORDASH. CA #1562 | $114.29 |
| 08/02/2021 | DDA PUR THE PORCH<br>THE PORCH<br>PHOENIX AZ #1562 | $12.95 |
| 08/02/2021 | DDA PUR THE HOME D<br>THE HOME DEPOT #047<br>PHOENIX AZ #1562 | $140.00 |
| 08/02/2021 | DDA PUR SQ * JOHNNY<br>SQ *JOHNNY LOCKS<br>PHOENIX AZ #1562 | $137.88 |
| 08/02/2021 | DDA PUR FRYS-FOOD-<br>FRYS-FOOD-DRG #1 47<br>PHOENIX AZ #1562 | $27.79 |
| 08/02/2021 | DDA PUR DOORDASH* T<br>DOORDASH*THE PARLOR<br>WWW.DOORDASH. CA #1562 | $20.07 |
| 08/02/2021 | DDA PUR JACKSONS C<br>JACKSONS CAR WASH 8<br>PHOENIX AZ #1562 | $7.60 |
| 08/02/2021 | DDA PUR DUNKIN #35<br>DUNKIN #350872<br>PHOENIX AZ #1562 | $17.68 |
| 08/02/2021 | DDA PUR DUNKIN #35<br>DUNKIN #350872<br>PHOENIX AZ #1562 | $66.58 |
| 08/02/2021 | DDA PUR SHELL SERV<br>SHELL SERVICE STATI<br>PHOENIX AZ #1562 | $27.82 |
| 08/02/2021 | DDA PUR PORTILLOS<br>PORTILLOS HOT DOGS<br>SCOTTSDALE AZ #1562 | $22.18 |
| 08/02/2021 | DDA PUR DOORDASH* T<br>DOORDASH*THAI CHILI<br>WWW.DOORDASH. CA #1562 | $90.26 |
| 08/02/2021 | DDA PUR SAFEWAY #2<br>SAFEWAY #2042<br>PHOENIX AZ #1562 | $12.90 |
| 08/02/2021 | DDA PUR WENDY'S<br>2024 E CAMELBACK RD<br>PHOENIX AZ #1562 | $15.60 |
| 08/02/2021 | DDA PUR MCDONALD'S<br>MCDONALD'S F22352<br>PHOENIX AZ #1562 | |
| 08/02/2021 | VENMO PAYMENT<br>MICHAEL ANDERSEN<br>1014995907020 | $1,800.00 |
| 08/03/2021 | DDA PUR FRYS-FOOD-<br>FRYS-FOOD-DRG #1 47<br>PHOENIX AZ #1562 | $53.07 |
| 08/04/2021 | DDA PUR JACKSONS C<br>JACKSONS CARWASH 81<br>480-505-5900 AZ #1562 | $15.00 |
| 08/04/2021 | DDA PUR JACKSONS C<br>JACKSONS CARWASH 81<br>480-505-5900 AZ #1562 | $30.00 |
| 08/05/2021 | DDA PUR DOORDASH* T<br>DOORDASH*THE PARLOR | $17.73 |

# FREE CHECKING W/ ESTATEMENT-XXXXXX1528 (continued)

## Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 08/10/2021 | DDA PUR CKE* IKES L<br>CKE*IKES LOVE AND S<br>PHOENIX AZ  #1562 | $10.27 |
| 08/10/2021 | DDA PUR DOORDASH* C<br>DOORDASH*CHIPOTLE<br>WWW.DOORDASH. CA  #1562 | $26.41 |
| 08/10/2021 | DDA PUR ESPN Plus<br>ESPN Plus<br>800-7271800 NY  #1562 | $6.51 |
| 08/11/2021 | DDA PUR COP PARKIN<br>COP PARKING METER<br>PHOENIX AZ  #1562 | $1.25 |
| 08/11/2021 | CITIZENS EPAYMENT<br>MICHAEL ANDERSEN<br>01109644080921 | $200.00 |
| 08/12/2021 | DDA PUR LOLA COFFE<br>LOLA COFFEE #1<br>PHOENIX AZ  #1562 | $10.15 |
| 08/12/2021 | DDA PUR SAFEWAY #2<br>SAFEWAY #2042<br>PHOENIX AZ  #1562 | $23.49 |
| 08/12/2021 | DDA PUR DOORDASH* N<br>DOORDASH*NORTH ITAL<br>WWW.DOORDASH. CA  #1562 | $70.48 |

93 item(s) totaling $6,843.78

## Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1065 | 08/06/2021 | $100.00 |

1 item(s) totaling $100.00

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/12/2021 | $386.39 | 07/23/2021 | $1,766.01 | 08/04/2021 | $1,323.00 |
| 07/14/2021 | $260.11 | 07/26/2021 | $1,034.74 | 08/05/2021 | $1,282.77 |
| 07/15/2021 | $3,300.63 | 07/27/2021 | $827.40 | 08/06/2021 | $1,057.39 |
| 07/16/2021 | $3,291.95 | 07/28/2021 | $739.14 | 08/09/2021 | $604.57 |
| 07/19/2021 | $2,238.54 | 07/29/2021 | $644.46 | 08/10/2021 | $388.57 |
| 07/20/2021 | $2,155.19 | 07/30/2021 | $3,934.67 | 08/11/2021 | $187.32 |
| 07/21/2021 | $2,040.84 | 08/02/2021 | $1,421.07 | 08/12/2021 | $83.20 |
| 07/22/2021 | $1,781.21 | 08/03/2021 | $1,368.00 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# Arizona Bank & Trust

1301 Central Avenue | Dubuque, IA 52001

**ADDRESS SERVICE REQUESTED**

MELISSA ANN ANDERSEN
5225 N 24TH ST APT 101
PHOENIX AZ 85016-3523

**Statement Ending 08/12/2021**

Page 1 of 8

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | | Arizona Bank & Trust |
| 👤 | Customer Care Center: | 877-280-1857 |
| ✉ | Mailing: | 2036 E. Camelback Road Phoenix, AZ 85016 |
| 💻 | Website: | www.ArizBank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE CHECKING W/ ESTATEMENT | XXXXXX1948 | $1,503.29 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX1948

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/13/2021 | Beginning Balance | $1,374.51 |
| | 7 Credit(s) This Period | $6,500.00 |
| | 75 Debit(s) This Period | $6,371.22 |
| 08/12/2021 | Ending Balance | $1,503.29 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/05/2021 | DEPOSIT | $1,000.00 |
| | | 1 item(s) totaling $1,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/15/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $1,000.00 |
| 07/23/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $500.00 |
| 07/26/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $1,000.00 |
| 08/02/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $1,000.00 |
| 08/03/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $1,000.00 |
| 08/05/2021 | IB TFR FR 004039527416 FUNDS TRANSFER VIA ONLINE # | $1,000.00 |
| | | 6 item(s) totaling $5,500.00 |

## FREE CHECKING W/ ESTATEMENT-XXXXXX1948 (continued)

**Other Debits (continued)**

| Date | Description | Amount |
|---|---|---|
| | THE HOME DEPOT #047 | |
| | PHOENIX AZ  #2941 | |
| 08/09/2021 | DDA PUR CIRCLE K 0 | $32.35 |
| | 4440 N MILLER RD | |
| | SCOTTSDALE AZ  #2941 | |
| 08/09/2021 | DDA PUR APPLE.COM/ | $41.25 |
| | APPLE.COM/BILL | |
| | 408-974-1010 CA  #2941 | |
| 08/09/2021 | DDA PUR AMZN Mktp | $18.45 |
| | AMZN Mktp US*2P63F0 | |
| | Amzn.com/bill WA  #2941 | |
| 08/09/2021 | DDA PUR DOORDASH* B | $16.65 |
| | DOORDASH*BOSA DONUT | |
| | WWW.DOORDASH. CA  #2941 | |
| 08/09/2021 | DDA PUR DOORDASH* C | $30.58 |
| | DOORDASH*COLD STONE | |
| | WWW.DOORDASH. CA  #2941 | |
| 08/09/2021 | DDA PUR VENAWELLNE | $83.90 |
| | VENAWELLNESS | |
| | 800-981-7760 CA  #2941 | |
| 08/09/2021 | DDA PUR AMZN Mktp | $21.71 |
| | AMZN Mktp US*2P22P8 | |
| | Amzn.com/bill WA  #2941 | |
| 08/09/2021 | DDA PUR DOORDASH* P | $85.86 |
| | DOORDASH*P.F. CHANG | |
| | WWW.DOORDASH. CA  #2941 | |
| 08/09/2021 | DDA PUR APPLE.COM/ | $6.51 |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA  #2941 | |
| 08/09/2021 | DDA PUR APPLE.COM/ | $3.25 |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA  #2941 | |
| 08/12/2021 | DDA PUR THE VIG UP | $86.88 |
| | THE VIG UPTOWN | |
| | PHOENIX AZ  #2941 | |
| 08/12/2021 | SRP ECHXPWR-S1 | $183.10 |
| | Melissa Andersen | |
| | XXXXX8004 | |

74 item(s) totaling $6,271.22

**Checks Cleared**

| Check Nbr | Date | Amount |
|---|---|---|
| 1002 | 08/09/2021 | $100.00 |

* Indicates skipped check number

1 item(s) totaling $100.00

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/12/2021 | $1,374.51 | 07/21/2021 | $1,457.55 | 08/04/2021 | $1,222.64 |
| 07/13/2021 | $1,371.26 | 07/22/2021 | $1,318.31 | 08/05/2021 | $2,929.27 |
| 07/14/2021 | $1,090.02 | 07/23/2021 | $1,513.44 | 08/06/2021 | $2,213.78 |
| 07/15/2021 | $1,941.32 | 07/26/2021 | $1,864.09 | 08/09/2021 | $1,773.27 |
| 07/16/2021 | $1,931.33 | 07/28/2021 | $926.09 | 08/12/2021 | $1,503.29 |
| 07/19/2021 | $1,695.04 | 08/02/2021 | $1,224.67 | | |
| 07/20/2021 | $1,586.23 | 08/03/2021 | $1,453.03 | | |

## STATEMENT SAVINGS-XXXXXX7360 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/30/2021 | SERVICE FEE | $3.00 |
| 08/09/2021 | IB TFR TO 009361261528 FUNDS TRANSFER VIA ONLINE # | $200.00 |
| 08/24/2021 | IB TFR TO 009361261528 FUNDS TRANSFER VIA ONLINE # | $100.00 |
| 08/31/2021 | SERVICE FEE | $3.00 |

4 item(s) totaling $306.00

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/30/2021 | $0.62 | 07/30/2021 | $302.62 | 08/24/2021 | $2.62 |
| 07/19/2021 | $305.62 | 08/09/2021 | $102.62 | 08/31/2021 | $567.62 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| MONTHLY MAINTENANCE | $3.00 |
| MONTHLY MAINTENANCE | $3.00 |
| Service Chg Waived | $0.00 |