SO ORDERED.

Dated: March 7, 2022



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| LEIF MICHAEL ANDERSEN; | ) | Case No. 2:21-BK-06102-MCW |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING
§727 DEADLINE**

This matter having come before the Court on the trustee's Motion To Extend §727 Deadline (Admin. Dkt. No. 56); and

Good cause appearing.

**IT IS HEREBY ORDERED** that the deadline for the Chapter 7 trustee to file an objection to the debtor's discharge under 11 U.S.C. §727 is extended through and including June 15, 2022.

**DATED AND SIGNED ABOVE.**