```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| LEIF MICHAEL ANDERSEN; | ) | Case No. 2:21-BK-06102-MCW |
| Debtor. | ) | |

## MOTION TO EXTEND §727 DEADLINE
## AND NOTICE OF BAR DATE

The trustee moves this Court to extend the deadline for the trustee to file an objection to the discharge of the debtor and the debtor's marital community with the debtor's non-filing spouse. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED June 14, 2022

                    *TERRY A. DAKE, LTD.*

                    By /s/ TD009656
                       Terry A. Dake
                       P.O. Box 26945
                       Phoenix, Arizona  85068-6945
                       Attorney for Trustee

## MEMORANDUM OF POINTS AND AUTHORITIES

The debtor has not yet turned over to the trustee the non-exempt bank account balance of $1,057.39. Also, the debtor has not yet accounted for and/or turned over 2019 federal tax refund of $5,756.00 and the 2020 federal tax refund of $3,299.00.

In light of these outstanding issues, the trustee requests that the deadline for the trustee to object to the discharge of the debtor and the debtor's marital community with the debtor's non-filing spouse be extended through and including October 15, 2022.

**WHEREFORE**, the trustee prays for the entry of an order extending the time for the trustee to object to the discharge of the debtor and the debtor's marital community with the debtor's non-filing spouse as set forth herein.

DATED June 14, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945

**NOTICE OF MOTION TO EXTEND §727 DEADLINE**

The trustee has filed the above motion to extend the deadline for filing complaints under 11 U.S.C. §727(a).

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **July 7, 2022**, you or your attorney must file with the Court a written response requesting a hearing on the trustee's motion. File your response with the Court at:

**LOCATION**:
Clerk
United States Bankruptcy Court
230 N. First Ave.
Ste. 101
Phoenix, Arizona 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

2

You must also mail or e-mail[1] a copy to the attorney for the trustee at:

> Terry A. Dake, Esq.
> ***Terry A. Dake, Ltd.***
> P.O. Box 26945
> Phoenix, Arizona 85068-6945
> tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion and extends the time for the trustee to object to your discharge.

Copy e-mailed/mailed on June 14, 2022 to:

**ANTHONY R. MONTOYA**
9820 N. Central Avenue#131
Phoenix, AZ 85020
602-999-7239
Email: anthonyrmontoya@gmail.com

**Melissa Andersen**
5225 N. 24th Street#101
Phoenix, AZ 85016

/s/ TD009656

---

[1] E-mailed papers must be in pdf format.

3