**SO ORDERED.**

**Dated: July 10, 2022**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| LEIF MICHAEL ANDERSEN; | Case No. 2:21-BK-06102-MCW |
| Debtor. | |

**ORDER EXTENDING
§727 DEADLINE**

This matter having come before the Court on the trustee's Motion To Extend §727 Deadline (Admin. Dkt. No. 69); and

Good cause appearing.

**IT IS HEREBY ORDERED** that the deadline for the Chapter 7 trustee to file an objection to the discharge of the debtor and the debtor's marital community under 11 U.S.C. §727 is extended through and including October 15, 2022.

**DATED AND SIGNED ABOVE.**