```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| LEIF MICHAEL ANDERSEN; | ) | Case No. 2:21-BK-06102-MCW |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO EXTEND §727 DEADLINE
AND NOTICE OF BAR DATE**

The trustee moves this Court to extend the deadline for the trustee to file an objection to the discharge of the debtor and the debtor's marital community with the debtor's non-filing spouse. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED October 11, 2022

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 26945
   Phoenix, Arizona  85068-6945
   Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The debtor has not yet turned over to the trustee a 2019 federal tax refund of $5,756.00. The trustee is informed and believes that the IRS is sending those funds to the debtor.

In light of these outstanding issues, the trustee requests that the deadline for the trustee to object to the discharge of the

debtor and the debtor's marital community with the debtor's non-filing spouse be extended through and including January 16, 2023.

**WHEREFORE,** the trustee prays for the entry of an order extending the time for the trustee to object to the discharge of the debtor and the debtor's marital community with the debtor's non-filing spouse as set forth herein.

DATED October 11, 2022.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945

**NOTICE OF MOTION TO EXTEND §727 DEADLINE**

The trustee has filed the above motion to extend the deadline for filing complaints under 11 U.S.C. §727(a).

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **November 14, 2022,** you or your attorney must file with the Court a written response requesting a hearing on the trustee's motion. File your response with the Court at:

**LOCATION**:
Clerk
United States Bankruptcy Court
230 N. First Ave.
Ste. 101
Phoenix, Arizona 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

2

You must also mail or e-mail[1] a copy to the attorney for the trustee at:

>Terry A. Dake, Esq.
>***Terry A. Dake, Ltd.***
>P.O. Box 26945
>Phoenix, Arizona 85068-6945
>tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion and extends the time for the trustee to object to your discharge.

Copy e-mailed/mailed on October 11, 2022 to:

**ANTHONY R. MONTOYA**
9820 N. Central Avenue#131
Phoenix, AZ 85020
602-999-7239
Email: anthonyrmontoya@gmail.com

**Melissa Andersen**
4304 E CAMPBELL AVE
APT # 1057
PHOENIX, AZ 85018

 /s/ TD009656

---

[1] E-mailed papers must be in pdf format.

3