*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| LEIF MICHAEL ANDERSEN; | ) | Case No. 2:21-BK-06102-MCW |
| Debtor. | ) | |

**FIRST SUPPLEMENT TO**
**REPORT OF SALE**

The trustee filed a report of sale at Admin. Dkt. No. 57 to report the proceeds of the sale approved by the Court at Admin. Dkt. No. 47. However, after filing that report, the trustee received additional refunds from the title company. The additional amounts received are:

$31.13 refund on 4/19/22

$44.00 refund on 5/24/22

This supplement to the trustee's sale report is filed in compliance with Bankruptcy Rule 6004.

DATED February 7, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake – 009656
    P.O. Box 26945
    Phoenix, Arizona 85068-6945
    Attorney for Trustee